UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

JUDGE: HON. FAITH S. HOCHBERG            DATE: October 13, 2009

COURT REPORTER: JOHN STONE

DEPUTY CLERK: JULIANNE BURO

Title of Case: PONTANI, et al. v. AMERIHEALTH INSURANCE COMPANY OF NJ, et al.

Civ. Docket No.08-4580 (FSH)

Appearances: Bruce Nagel, Esq. for Plaintiff Pontani
James Griffith, Esq. for Defendant Amerihealth
Christopher Flynn, Esq. for Defendant Magellan
Joanna Piorek, Esq. for Defendant Magellan

**NATURE OF PROCEEDINGS:** Hearing on [37] Motion to Dismiss, [40] Motion to Dismiss, [52] Motion to Strike, [53] Motion to Strike

Ordered [37] Motion to Dismiss Amended Complaint granted in part, denied in part.
Ordered [40] Motion to Dismiss Amended Complaint granted in part, denied in part and Motion for a more definite statement denied.
Ordered [52] and [53] Motions to Strike denied.

Time Commenced:   2:55p.m.     Time adjourned:   4:30p.m.

cc: chambers                                    Julianne Buro
                                               Deputy Clerk