## NAGEL RICE, LLP
COUNSELLORS AT LAW

103 EISENHOWER PARKWAY
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
www.nagelrice.com

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
BARRY M. PACKIN
DIANE E. SAMMONS°
LORI I. MAYER°
RANDEE M. MATLOFF
ANDREW L. O'CONNOR

HARRY A. MARGOLIS
(1928-2002)

119 MAPLE AVENUE
RED BANK, NJ 07701
(732) 933-0900

**PLEASE REPLY TO
ROSELAND OFFICE**

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

COUNSEL
HERBERT I. WALDMAN*□
ELLIOTT LOUIS PELL°

GREG M. KOHN°
JACOB W. RADDOCK°

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
□CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY
°MEMBER OF N.J. & N.Y. BARS
◊ADMITTED IN N.Y. ONLY

March 11, 2010

*ViaFax:* **973-645-4412 & ECF**
The Honorable Michael A Shipp, U.S.M.J.
Frank R. Lautenberg U.S. Post Office & Courthouse
PO Box 999
Newark, NJ 07101-0999

Re:   *Pontani, et al. v. Amerihealth Insurance Company of New Jersey, et al.*
Civil Action No.:   2:08-cv-04580 (FSH) (MAS)

Dear Judge Shipp:

The undersigned represents Plaintiffs, Peter and Louise Pontani, in the above-referenced matter. There is currently a conference call before Your Honor on Friday, March 12, 2010 at 12:00 p.m. in the above matter. Please note that I am scheduled to appear before the Honorable William M. D'Annunzio in Somerset County arguing motions in the Stein v. Celgene Corporation, et al., docket No.: SOM-L-422-03.

Therefore, in light of the above, I would respectfully request that the conference call scheduled for Friday, March 12, 2010 at 12:00 p.m. be adjourned. Kindly advise as to Your Honor's decision.

Thank you for Your Honor's courtesies in this matter.

Respectfully submitted,
/s *Bruce H. Nagel*
BRUCE H. NAGEL

BHN/ls
cc:   All Counsel (via ECF)