UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PONTANI, et al., | : |
| Plaintiffs, | : |
| -vs- | : Civil Action No. 08-4580 (FSH) |
| AMERIHEALTH INSURANCE CO. OF NEW JERSEY, et al., | : <u>AMENDED SCHEDULING ORDER</u> |
| Defendants. | : |

**THIS MATTER** having come before the Court for a telephone status conference on **March 15, 2010**; and for good cause shown:

**IT IS** on this 19th day of March 2010,

**ORDERED THAT:**

1. Counsel must bring any discovery disputes to the Court's attention by **April 26, 2010**. Any discovery disputes not brought to the Court's attention, which could have been brought to the Court's attention by April 26, 2010, will be deemed waived.

2. Class-related fact discovery shall be completed no later than **May 28, 2010**. Affirmative class action expert reports shall be delivered by **June 14, 2010**. All other deadlines for class action and expert discovery shall remain in effect.

3. This matter is scheduled for a telephone status conference on **May 28, 2010 at 11:30 a.m.** Counsel for Plaintiffs is to initiate the call to (973) 645-3827. Counsel must e-file a joint case status letter by **May 21, 2010**.

s/ Michael A. Shipp
**HONORABLE MICHAEL A. SHIPP**
**United States Magistrate Judge**