# NAGEL RICE, LLP

COUNSELLORS AT LAW

| | | |
|---|---|---|
| BRUCE H. NAGEL* | 103 EISENHOWER PARKWAY | COUNSEL |
| JAY J. RICE* | ROSELAND, NEW JERSEY 07068 | HERBERT I. WALDMAN*□ |
| ROBERT H. SOLOMON | (973) 618-0400 | ELLIOTT LOUIS PELL° |
| BARRY M. PACKIN | FAX: (973) 618-9194 | |
| DIANE E. SAMMONS° | www.nagelrice.com | GREG M. KOHN° |
| LORI I. MAYER° | | JACOB W. RADDOCK◊ |
| RANDEE M. MATLOFF | | |
| ANDREW L. O'CONNOR | 119 MAPLE AVENUE   PLEASE REPLY TO   230 PARK AVENUE | *CERTIFIED BY THE SUPREME COURT OF |
| | RED BANK, NJ 07701   ROSELAND OFFICE   NEW YORK, NY 10169 | NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| HARRY A. MARGOLIS | (732) 933-0900   (212) 551-1465 | □CERTIFIED BY THE SUPREME COURT OF |
| (1928-2002) | | NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY |
| | | °MEMBER OF N.J. & N.Y. BARS |
| | | ◊ADMITTED IN N.Y. ONLY |

April 23, 2010

*ViaFax: 973-645-4412 & ECF*
The Honorable Michael A Shipp, U.S.M.J.
Frank R. Lautenberg U.S. Post Office & Courthouse
PO Box 999
Newark, NJ 07101-0999

   Re: *Pontani, et al. v. Amerihealth Insurance Company of New Jersey, et al.*
     *Civil Action No.:* *2:08-cv-04580 (FSH) (MAS)*

Dear Judge Shipp:

  The undersigned represents Plaintiffs, Peter and Louise Pontani, in the above-referenced matter. Under the Court's March 19, 2010 scheduling order all discovery disputes must be brought to the Court's attention by April 26, 2010 or will be deemed waived. I write to request a brief extension of this deadline with the consent of counsel for all parties.

  The parties have been exploring potential settlement and have exchanged some paper discovery, with defendants' focus on the production of claims data. Although we had hoped to complete the Rule 30(b) (6) depositions relating to the claims data by this point, certain issues have arisen regarding the topics to be covered in the depositions. AmeriHealth and plaintiffs have participated in one meet and confer on these issues and need to meet and confer again after counsel for AmeriHealth discusses certain requests made by plaintiffs with his client. If the parties cannot resolve these issues on their own, it is unlikely that a joint letter can be presented to the Court before the present deadline. Moreover, if the litigation is not resolved in short order the parties may need additional time to bring other discovery disputes to the Court's attention. Consequently, we respectfully request that the Court adjourn the deadline for discovery disputes for one month.

Thank you for Your Honor's courtesies in this matter.

Respectfully submitted,

*/s* *Bruce H. Nagel*

BRUCE H. NAGEL

cc:   All Counsel (via ECF)