# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

JAMES L. GRIFFITH, JR.
215.965.1342/1.215.965.1200
jgriffith@akingump.com

June 18, 2010

Via ECF

The Honorable Michael A. Shipp, U.S.M.J.
Frank R. Lautenberg U.S. Post Office & Courthouse
P. O. Box 999
Newark, New Jersey 07101-0999

Re: Pontani, et al. v. AmeriHealth Insurance Company
Of New Jersey, et al., Civil Action No. 2:08-cv-04580 (FSH) (MAS)

Dear Judge Shipp:

Please accept this joint status letter in advance of the status conference presently scheduled for June 21, 2010 at 3 p.m.

The parties have engaged in efforts needed to participate in a meaningful settlement conference as required by Your Honor's rulings during the May 17, 2010 status conference.

AmeriHealth provided plaintiffs with the medical and mental health claims data pursuant to the Court's ruling at the May 17, 2010 status conference. On June 16, 2010, at plaintiffs' request, AmeriHealth produced data that contains additional unique identifiers. Plaintiffs' counsel is in the process of having that data analyzed and the parties are in the process of scheduling the requisite depositions of AmeriHealth and Magellan Rule 30(b)(6) witnesses on the claims data issues. Dates and places have not yet been finalized for these depositions.

AmeriHealth has noticed the depositions of the plaintiffs and their daughter. AmeriHealth does not currently believe it will take the depositions as noticed, but wants to make sure they were noticed before the proposed class discovery deadline of July 28. While plaintiffs' counsel will certainly cooperate in making these witnesses available, plaintiffs' counsel believe that these depositions should only go forward if this matter cannot be settled, as all parties had agreed that settlement should be the primary focus at this juncture.

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

The Honorable Michael A. Shipp, U.S.M.J.
June 18, 2010
Page 2

We thank Your Honor for your consideration and look forward to the June 21, 2010 status conference at which time the Court can set a date and time for the settlement conference

Respectfully submitted,

James L. Griffith, Jr.