UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PONTANI, et al., | : |
| Plaintiffs, | : |
| -vs- | : Civil Action No. 08-4580 (FSH) |
| AMERIHEALTH INSURANCE CO. OF NEW JERSEY, et al., | : **AMENDED SCHEDULING ORDER** |
| Defendants. | : |

**THIS MATTER** having come before the Court for a status conference on June 21, 2010; and for good cause shown:

IT IS on this 22st day of June, 2010

**ORDERED THAT:**

1. No later than **July 13, 2010**, the parties shall submit confidential *ex parte* settlement letters to the court summarizing the relevant facts, the respective legal positions, status of the case, and their clients' positions on settlement. This letter should not exceed five (5) pages.

2. There will be a settlement conference before this Court on **July 20, 2010** at **4:00 PM**.

3. **Trial counsel and clients with full settlement authority must attend the conference in person.**

s/ Michael A. Shipp
**HONORABLE MICHAEL A. SHIPP**
**United States Magistrate Judge**