## NAGEL RICE, LLP

COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
BARRY M. PACKIN
DIANE E. SAMMONS°
LORI I. MAYER°
RANDEE M. MATLOFF
ANDREW L. O'CONNOR

HARRY A. MARGOLIS
(1928-2002)

119 MAPLE AVENUE
RED BANK, NJ 07701
(732) 933-0900

103 EISENHOWER PARKWAY
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
www.nagelrice.com

PLEASE REPLY TO
ROSELAND OFFICE

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

COUNSEL
HERBERT I. WALDMAN*□
ELLIOTT LOUIS PELL°

GREG M. KOHN°
JACOB W. RADDOCK°

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
□CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY
°MEMBER OF N.J. & N.Y. BARS
◊ ADMITTED IN N.Y. ONLY

July 12, 2010

Via ECF
Honorable Michael A Shipp, U.S.M.J.
Frank R. Lautenberg U.S.
  Post Office & Courthouse
PO Box 999
Newark, NJ 07101-0999

  Re: *Pontani, et al. v. Amerihealth Insurance Company of New Jersey, et al.*
    Civil Action No.: 2:08-cv-04580 (FSH) (MAS)

Dear Judge Shipp:

  We are counsel to Plaintiffs, Peter and Louise Pontani, in the above class action. While the depositions have not been completed, due to several reasons, including the delay in getting claims data from Amerihealth, we nonetheless would like to proceed with the settlement conference. Several weeks ago, we advised Amerihealth and Magellan that we could include in the agreement a provision which requires discovery in order to confirm the claims data and damage amounts.

          Respectfully submitted,

          s/ *Bruce H. Nagel*
          BRUCE H. NAGEL

BHN/ls
cc: All Counsel (via ECF)