# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

JAMES L. GRIFFITH, JR.
215.965.1342/1.215.965.1200
jgriffith@akingump.com

September 23, 2010

Via ECF

The Honorable Michael A. Shipp, U.S.M.J.
Frank R. Lautenberg U.S. Post Office & Courthouse
P. O. Box 999
Newark, New Jersey  07101-0999

Re: Pontani, et al. v. AmeriHealth Insurance Company
Of New Jersey, et al., Civil Action No. 2:08-cv-04580 (FSH) (MAS)

Dear Judge Shipp:

I attach a Joint Proposed Amended Scheduling Order.  If the Court would like a word copy of the document, kindly let me know and I will promptly forward a copy.

Respectfully submitted,

James L. Griffith, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PETER PONTANI and LOUISE PONTANI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERIHEALTH INSURANCE COMPANY OF NEW JERSEY, et al. | : | C.A. NO. 08-4580 (FSH) (MS) |

## JOINT PROPOSED AMENDED SCHEDULING ORDER

The Court having considered the parties' proposed amended scheduling order(s), and for good cause shown:

**IT IS on this** _____ **day of** _____, **2010**

**ORDERED AS FOLLOWS:**

1. The following deadlines shall apply to this case:

    a. The Rule 30(b)(6) deposition of AmeriHealth shall take place on October 25, 2010, in the offices of counsel for AmeriHealth in Philadelphia, Pennsylvania.

    b. The Rule 30(b)(6) deposition of Magellan defendants shall take place on October 26, 2010, in the offices of Crowell & Mooring in Washington, D.C.

    c. The Court will reserve November __, 2010 for a settlement conference. The parties shall notify the Court by November __, 2010 if a settlement conference is warranted by their progress on obtaining information necessary for settlement.

        i. *In setting a date for a settlement conference, the parties respectfully request the Court take into consideration that the parties and counsel have reviewed their calendars and determined that only the following dates in November are currently convenient: November 8, 10, and 17. The remaining weekdays (November 1-5, 9, 11-12, 15, 16, 18-19, 22-26, and 29-30) are not currently convenient.*

    d. All class and/or merits discovery shall be completed by: **December 1, 2010.**

    e. The requirements set forth in paragraph 9(a)-(c) of the Court's original scheduling order (DE 64) apply to discovery disputes, except that the deadline for notifying the Court of an unresolved discovery dispute is the next business day after the close of class and/or merits discovery.

    f. Plaintiffs shall serve via electronic mail their Rule 26(a)(2) disclosures for all class and merits experts no later than **November 15, 2010.**

1

    g. Defendants shall serve via electronic mail their Rule 26(a)(2) disclosures for all class and merits experts no later than **December 15, 2010.**

    h. Plaintiffs shall serve via electronic mail any responsive expert reports no later than **December 31, 2010.**

    i. Any depositions of experts shall be completed by **January 17, 2011.**

    j. Motions for class certification and all dispositive motions (including motions for summary judgment) shall be filed no later than **January 31, 2011.** All dispositive motions must comply with Local Rule 7.1.

    k. Oppositions to motions for class certification and dispositive motions shall be filed no later than **February 28, 2011.**

    l. Reply briefs in support of motions for class certification and dispositive motions shall be filed no later than **March 10, 2011.**

    m. The return date for the motions shall be **March 11, 2011** before the Honorable Faith S. Hochberg. Judge Hochberg's chambers will advise the parties if oral argument will be required.

    n. Final Pretial Conference: Paragraphs 15-20 of the Court's original scheduling order (D.E. 64) including all deadlines established therein remain in effect in their entirety.

2. Miscellaneous Provisions

    a. Paragraphs 21-25 of the Court's original scheduling order (D.E. 64) remain in effect in their entirety.

    b. Deadlines established by prior scheduling orders remain in effect unless specifically amended herein.

_____
**HONORABLE MICHAEL A. SHIPP**
**United States Magistrate Judge**