NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, NJ  07068
973-618-0400
973-618-9194 fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER PONTANI and LOUISE PONTANI, individually and on behalf of all others similarly situated, | Civil Action No. 08-4580(FSH)(MAS) |
| Plaintiffs, | |
| vs. | |
| AMERIHEALTH INSURANCE COMPANY OF NEW JERSEY, AMERIHEALTH HMO, INC., MAGELLAN HEALTH SERVICES,INC., GREEN SPRING HEALTH SERVICES, INC., d/b/a MAGELLAN BEHAVIORAL HEALTH,AND MAGELLAN BEHAVIORAL HEALTH OF NEW JERSEY, LLC, | JOINT NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to the Preliminary Approval Order dated July 7, 2011, as amended by the court's order dated September 6, 2011, on October 24, 2011 at 1:00 p.m. or soon thereafter, counsel will jointly move before the Honorable Faith S. Hochberg, U.S.D.J. at the U.S. District Court, Frank S. Lautenberg U.S. Post Office & Courthouse, Newark, New Jersey for an order granting final approval of the class action settlement.  In support of the Joint Motion for Final Approval, plaintiffs will rely upon Plaintiffs' Brief in Support of Joint Application for Final Approval of Class Action

Settlement and other Relief and the Declaration of Bruce H. Nagel and defendants will rely upon the Joint Brief of AmeriHealth and Magellan Defendants in Support of Final Approval of the Class Settlement. Proposed Findings Supporting Class Action Settlement and a Proposed Final Order and Judgment Approving Settlement are also submitted herewith.

NAGEL RICE, LLP

By: /s/ *Bruce H. Nagel*
BRUCE H. NAGEL
103 Eisenhower Parkway
Roseland, NJ  07068
973-618-0400
973-618-9194 fax


WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: /s/ *Thomas F. Quinn*
Thomas F. Quinn
200 Campus Drive
Florham Park, NJ  07932-0668
(973) 624-0800
(973) 624-0808  fax


CROWELL & MORING LLP

By: /s/ *Kathleen Taylor Sooy*
KATHLEEN TAYLOR SOOY
TRACY A. ROMAN
1001 Pennsylvania Ave., N.W.
Washington, DC 20004-2595
(202) 624-2500
(202) 628-5116  fax


AKIN, GUMP, STRAUSS, HAUER & FELD, LLP

By: /s/ *James L. Griffith*
JAMES L. GRIFFITH
One Commerce Square
2001 Market Street
Suite 4100
Philadelphia, PA 19103
(215) 965-1200
(215) 965-1210   fax

Dated:   October 3, 2011